# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

BC

RECEIVED 1/5/2026 CVK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Naide, Mikka

Plaintiff,

vs.

The University of Chicago.

Defendant(s).

No. 1:26-cv-00107
Judge Jeffrey I Cummings
Magistrate Judge Keri L. Holleb Hotaling
RANDOM/Cat. 2

Judge _____

## COMPLAINT UNDER FAMILY AND MEDICAL LEAVE ACT (FMLA)

*If the pro se plaintiff has filled out a form Complaint of Employment Discrimination and wishes also to claim denial of family or medical leave, the plaintiff must staple this form Complaint to the Complaint of Employment Discrimination. DO NOT file the two form complaints separately.*

1. This is a claim for violation of the Family and Medical Leave Act of 1993, title 29 United States Code, sections 2601 *et seq.*

2. The plaintiff's full name is **Mikka Naide** of the County of **Cook** in the State of **Illinois**.

3. The name of plaintiff's employer against which this claim is made (defendant) is **The University of Chicago**, located at (*street address*) **5801 S. Ellis, Suite 619**,

1

(city) Chicago  (county) Cook  (state) IL  (ZIP) 60637.

4. *(If plaintiff intends to name any other party as a defendant, use the space below to insert name and address as in paragraph 3.)* Defendant is Teamsters Local Union 743 4620 S. Tripp Ave, Chicago, IL 60632.

5. The plaintiff is/was employed by the defendant named in paragraph 3 from (date) 09/21/2021 until 12/05/2022.

6. Defendant is engaged in commerce or an industry affecting commerce.

7. Defendant regularly employs at least 50 employees at or within 75 miles of plaintiff's work site.   [X] Yes   [ ] No

8. On 10/24/2022, plaintiff requested family or medical leave from defendant or defendant's representative *(name and title of individual to whom request was made if known)* Nicole Halm because of

   [ ] the birth of a son or daughter of the plaintiff and in order to care for that infant;
   [ ] the placement of a son or daughter with the employee for adoption or foster care;
   [ ] the need to care for plaintiff's spouse, son, daughter, or parent who had a serious medical condition;
   [X] the plaintiff's serious health condition that made plaintiff unable to perform the functions of the plaintiff's job.

9. On the date alleged in paragraph 8, plaintiff had been employed by the defendant for at least 1,250 hours during the previous 12-month period.   [X] Yes   [ ] No

10. Defendant violated plaintiff's rights under the Family and Medical Leave Act because it denied plaintiff's request for family or medical leave on or about *(date)*

terminated the plaintiff's employment on or about 12/05/2022 because of plaintiff's request;

otherwise interfered with, restrained, or discriminated against plaintiff on or about 1/4/2023 because of plaintiff's exercise of FMLA rights, specifically, upholding an obvious retailatory termination of plaintiff

11. Jurisdiction over the violation alleged is conferred by 29 U.S.C. § 2917(a)(2). yes

12. Defendant knowingly, intentionally, and willfully violated plaintiff's rights. yes

13. Plaintiff demands that the case be tried by a jury.  ☒ Yes   ☐ No

WHEREFORE, plaintiff demands the following relief:

(a) Damages under 29 U.S.C. § 2617(a)(1)(A) (i)(I) for any wages, salary, employment benefits, or other compensation denied or lost because of defendant's wrongful conduct;

(b) **Although no wages, salary, or benefits were lost**, damages under 29 U.S.C. § 2617(a)(1)(A)(i) (II) equal to the actual monetary losses sustained by plaintiff because of defendant's wrongful conduct, such as the cost of providing care, up to an amount equal to 12 weeks of wages or salary of plaintiff;

(c) Interest under 29 U.S.C. § 2617(a)(1)(A)(ii);

(d) Liquidated (double) damages under 29 U.S.C. § 2617(a)(1)(A)(iii);

(e) Such equitable relief under 29 U.S.C. § 2617(a)(1)(B) as may be appropriate,

3

including employment, reinstatement, or promotion, and

direct the defendant to (specify):

reinstate employment, compensate lost wages, future lost earnings, and double damages due to defendant acting in bad faith, covering financial losses and emotional distress

Plaintiff's signature: *[signature]*

Plaintiff's name (print clearly or type): Mikka Naide

Mailing address: 901 E 104th St A215 Chicago IL 60628

City Chicago  State IL  ZIP 60628

Telephone number: (708) 412-9914

Email address, if any: mikkaanaide@gmail.com