**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Mikka Naide

                              Plaintiff,

v.                                                    Case No.: 1:26–cv–00107
                                                      Honorable Jeffrey I Cummings

The University of Chicago, et al.

                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 15, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: This case has been assigned to the calendar of Judge Jeffrey I. Cummings. Plaintiff's application to proceed in forma pauperis [4] is granted. The Clerk is directed to file plaintiff's complaint and issue summons for service of the complaint on the defendants. The United States Marshals Service is appointed to serve the defendants. The Court advises the plaintiff that a completed USM–285 (Marshals service) form is required for each defendant. The Clerk is directed to provide a USM–285 form to the plaintiff along with a copy of this order. The Marshal will not attempt service on the defendants unless and until the required forms are received. Therefore, the plaintiff must complete a service form for each defendant and return the form to the Clerk of Court. Tracking status hearing set for 6/22/26 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.